IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

THE ESTATE OF BRIAN COLLINS
by DAVE LANG, Special Administrator,
and BREON JAESHAUN GORDON-
COLLINS (a Minor), AJANAE EMANI
GORDON-COLLINS (a Minor),
BRANDON AESHAUN GORDON-
COLLINS (a Minor), and CAHRON
JAYAIR GORDON-COLLINS (a Minor),

      Plaintiffs,

Case No. 21-cv-01438-PP

v.

WISCONSIN COUNTY MUTUAL
INSURANCE CORPORATION, *et al.*,

      Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Kevin F. Geary of Gass Turek LLC is withdrawing as counsel for defendant Injured Patients and Families Compensation Fund in this action. Please remove Attorney Geary from the docket in this case and from the Court's electronic service list in this case. Defendant Injured Patients and Families Compensation Fund will continue to be represented by Attorney Linda V. Meagher of Gass Turek LLC, whose appearance is already of record.

Dated this 31st day of March 2023.

>GASS TUREK LLC
>Attorneys for Defendant, Injured
>Patients and Families Compensation Fund
>
>*s/ Kevin F. Geary*
>Kevin F. Geary, SBN 1095171
>geary@gassturek.com
>241 North Broadway, Suite 300
>Milwaukee, WI 53202
>Phone: 414-223-3300
>Fax: 414-224-6116