UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF ESTATE OF BRIAN COLLINS,
By DAVE LANG, Special Administrator,
BREON JAESHAUN GORDON-COLLINS (A minor),
AJANAE EMANI GORDON-COLLINS (A minor),
BRANDON AESHAUN GORDON-COLLINS (A minor), AND
CAHRON JAYAIR GORDON-COLLINS (A minor)          Case No. 2:21-cv-01438-NJ

     Plaintiffs,

v.

MILWAUKEE COUNTY,
C.O. PALMER,
LT. ARTUS,
C.O. S. JOHNSON,
C.O. DERRICK SPIDELL,
C.O. TABATHA BLOMBERG,
C.O. JEFF ANDRYKOWSKI,
WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION,
ARMOR CORRECTIONAL HEALTH SERVICES, INC.,
N.P. JACQUELINE ALOMEPE,
NURSING SUPERVISOR LYNDA KARASZEWSKI,
R.N. LIANA GRAMZA,
DR. JONATHON BRODY,
EVANSTON INSURANCE COMPANY, and
INJURED PATIENTS AND FAMILIES COMPENSATION FUND

     Defendants.

---

## AMENDED NOTICE OF APPEARANCE

---

     PLEASE TAKE NOTICE that Attorney Jason F. Poje of Corneille Law Group, LLC has

been retained to represent defendants Armor Correctional Health Services, Inc., Jacqueline

Alomepe, Lynda Karaszweski, and Candace Dzieoizic in the above action and demands that copies

of all papers subsequent to the Summons and Complaint be served upon them at their offices.

Dated this 23rd day of August, 2023.

**CORNEILLE LAW GROUP, LLC**

*Electronically signed by: Jason F. Poje*
David J. Pliner
State Bar No. 1000394
Adam M. Fitzpatrick
State Bar No. 1098412
Jason F. Poje
State Bar No. 1122619
Attorneys for Defendants Armor Correctional
Health Services, Inc., Jacqueline Alomepe, Lynda
Karaszweski, and Candace Dzieoizic

615 South Monroe Avenue
Green Bay, WI  54301
920-884-2312
920-884-2381 Fax
dpliner@corneillelaw.com
fitzpatricka@corneillelaw.com
pojej@corneillelaw.com